# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

—————————

m 01-40013

—————————

JENNIFER CAREY,
INDIVIDUALLY AND AS REPRESENTATIVE OF
THE ESTATE OF GARY ANTHONY CARY, DECEASED,
AND AS NEXT FRIEND OF DANIEL ANTHONY CAREY
AND LEE RICHARD CAREY AND GARY MARTIN JOHN CAREY;
ANNE CAREY; ROLAND LEE BRUMLEY,

Plaintiffs-Appellants,

VERSUS

SUB SEA INTERNATIONAL, INC.; SUB SEA OFFSHORE, LTD.;
MOBIL CORPORATION; MOBIL NORTH SEA, LTD.;
COOPER CAMERON CORPORATION; COOPER CAMERON (U.K.), LTD.,

Defendants-Appellees.

—————————————

Appeal from the United States District Court
for the Eastern District of Texas

—————————————

February 11, 2002

Before SMITH and DEMOSS, Circuit Judges,
and DUPLANTIER, District Judge.[*]

PER CURIAM:

The plaintiffs appeal an injunction preventing them from taking certain actions in state court. We have reviewed the briefs and pertinent portions of the record and have heard the arguments of counsel. We conclude that the district court plainly had jurisdiction. That court did not abuse its discretion and committed no reversible error in entering the injunction pursuant to the relitigation exception to the Anti-Injunction Act.

The order granting the injunction is AFFIRMED. We decline to award fees or costs for vexatious litigation or frivolous appeal.

---

[*] District Judge of the Eastern District of Louisiana, sitting by designation.